TODD KIM
Assistant Attorney General
United States Department of Justice

SHANNON BOYLAN (DC Bar No. 1724269)
ARWYN CARROLL (MA Bar No. 675926)
United States Department of Justice
Environment and Natural Resources Division
150 M St NE
Washington, DC 20002
Tel: (202) 598-9584 (Boylan)
Tel: (202) 305-0465 (Carroll)
Fax: (202) 305-0506
shannon.boylan@usdoj.gov
arwyn.carroll@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, OREGON NATURAL DESERT ASS'N, WILDEARTH GUARDIANS, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR and BUREAU OF LAND MANAGEMENT, <br><br> Defendants. | Case No. 2:21-cv-00297-HL <br><br> **NOTICE OF DEFENDANTS' WITHDRAWAL OF FINDING OF NO SIGNIFICANT IMPACT (FONSI)** |

1

Defendants indicated in their reply in support of their motion to dismiss that they would formally withdraw the January 19, 2021, Finding of No Significant Impact ("FONSI") at issue in this case. *See* ECF No. 25 at 1 ("Defendants intend to formally withdraw the FONSI and will inform the Court when they have done so."). Defendants hereby provide notice that the U.S. Bureau of Land Management ("BLM") withdrew the FONSI by posting a notice on its ePlanning website on Friday, February 18, 2022. *See* February 18, 2022 Notice, under "What's New," *available at* https://eplanning.blm.gov/eplanning-ui/project/1504684/510. The notice states in full:

> On December 3, 2021, BLM issued a Notice of Intent to prepare an Environmental Impact Statement (EIS) and initiated scoping to support a new decision relating to the Bridge Creek Area Allotment Management Plans. In light of this new effort and ongoing litigation, we are withdrawing the FONSI dated January 19, 2021.

*Id*. The February 18th notice withdraws the formerly issued FONSI dated January 19, 2021.

Dated this 23rd day of February, 2022.

    Respectfully submitted,

    TODD KIM
    Assistant Attorney General
    Environment and Natural Resources Division

    */s/ Shannon Boylan*
    SHANNON BOYLAN, Trial Attorney
    ARWYN CARROLL, Trial Attorney
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    150 M St. NE
    Suite 3.1406
    Washington, DC 20002

Tel: 202-598-9584, 202-305-0456  
Fax: 202-305-0506  
shannon.boylan@usdoj.gov  
arwyn.carroll@usdoj.gov

*Attorneys for Defendants*