**Jaimie L. Park (*Pro Hac Vice*)**
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
(505) 750-0334
jaimie@westernwatersheds.org

**Peter M. ("Mac") Lacy (OSB #013223)**
Oregon Natural Desert Association
2009 NE Alberta St., Ste. 207
Portland, OR 97211
(503) 525-0193
lacy@onda.org

**David H. Becker (OSB # 081507)**
Law Office of David H. Becker, LLC
(503) 388-9160
24242 S. Engstrom Rd.
Colton, OR 97017
davebeckerlaw@gmail.com

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment & Natural Resources
Division

SHANNON BOYLAN
United States Department of Justice
Environment and Natural Resources
Division
150 M St NE, Suite 3.1406
Washington, DC 20002
Tel: (202) 598-9584 / Fax: (202) 305-0506
shannon.boylan@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PENDLETON DIVISION

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR**, and **BUREAU OF LAND MANAGEMENT**,<br><br>    Defendants. | Case No. 2:21-cv-297-HL<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Western Watersheds Project, Oregon Natural Desert Association, WildEarth Guardians, and Center for Biological Diversity, and Defendants Secretary of the United States Department of the Interior and Bureau of Land Management, jointly move for a voluntary dismissal of this action based on the fact that the Parties have reached and executed a Settlement Agreement, attached as Exhibit A. The Parties' Settlement Agreement is expressly conditioned on the Court retaining jurisdiction to enforce terms contained in Section 1(A)(1-2 and 6) and Section 3(A)(1-3) of the Agreement. *See* Settlement Agreement, Section 4(E). Accordingly, as part of the Court's dismissal order, the Parties further request that the Court attach the Settlement Agreement to that order and retain jurisdiction solely to enforce the Bureau of Land Management's commitments in Section 1(A)(1-2 and 6) and Section 3(A)(1-3) of the Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (Court may retain jurisdiction over provision in settlement agreement as part of dismissal order under Rule 41(a)(2)). The Parties will submit a Proposed Order together with the Settlement Agreement to hlpropdoc@ord.uscourts.gov. The Parties are requesting that the Court attach the Settlement Agreement to the order of dismissal to make clear the basis for continuing jurisdiction, but are not requesting that the Court enter an order "approving" the Settlement Agreement.

Because the settlement of this matter is desirable to all Parties, the terms of this settlement giving rise to this motion and the terms of the required dismissal order are proper, and settlement without further litigation conserves judicial resources, the Parties

respectfully submit that good cause exists to grant this motion.

Respectfully submitted this 15th day of January, 2025.

        s/Jaimie L. Park
        JAIMIE L. PARK, Pro Hac Vice
        9th Circuit Attorney
        Western Watersheds Project
        P.O. Box 37198
        Albuquerque, NM 87110-9998
        Telephone: (505) 750-0334

        *Of Attorneys for Plaintiffs*

        TODD KIM, Assistant Attorney General
        U.S. Department of Justice
        Environment and Natural Resources Division

        s/Shannon Boylan
        SHANNON BOYLAN, Trial Attorney
        U.S. Department of Justice
        Environment and Natural Resources Div.
        Natural Resources Section
        150 M St. NE
        Suite 3.1406
        Washington, DC 20002
        Tel: 202-598-9584
        Fax: 202-305-0506
        shannon.boylan@usdoj.gov

        *Of Attorneys for Defendants*